AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:26-mj-00045 |
| Michael Wolf (AKA: N/A) | ) | Assigned To: Judge Sharbaugh, Matthew J. |
| | ) | Assign. Date: 3/3/2026 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                          Michael Wolf                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. § 2252(a)(2),(b)(1) (Receipt or Distribution of a Visual depiction of a minor engaged in sexually
  explicit conduct).

Date:     03/03/2026

_____
*Issuing officer's signature*

City and state:          Washington, D.C.                    Matthew J. Sharbaugh, U.S. Magistrate Judge
                                                            *Printed name and title*

| **Return** | |
|---|---|
| This warrant was received on *(date)* 3/3/24 , and the person was arrested on *(date)* 3/4/26 at *(city and state)* Chicago IL . | |
| Date: 3/4/26 | _____ *Arresting officer's signature* |
| | Shonnisha Boskin Special Agent *Printed name and title* |



**FILED**
3/4/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA Luke Fiedler (312) 886-0973

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.:  26 CR 90 |
| v. | KERI HOLLEB HOTALING |
| MICHAEL WOLF | Magistrate Judge |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, KELLY MCLEOD, appearing before United States Magistrate Judge KERI HOLLEB HOTALING by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that MICHAEL WOLF has been charged by Complaint in the District of Columbia with the following criminal offense: receipt or distribution of a visual depiction of a minor engaged in sexually explicit conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

A copy of the Complaint is attached. A copy of the arrest warrant also is attached.

*Kelly McLeod*

KELLY MCLEOD
Special Agent
Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone this 4th day of March, 2026.

_____
KERI HOLLEB HOTALING
United States Magistrate Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America

vs.

Michael Wolf

No: 26 CR 90

Magistrate Judge Holleb Hotaling

## **ORDER**

Initial appearance proceedings held on 03/04/2026. Defendant appears in response to arrest on 03/04/2026. Attorney Benjamin Horwitz of the Federal Defender Program is appointed as counsel for defendant. Defendant informed of his rights. Defendant informed of the charges against him as well as of the possible sentence/fine if convicted of those charges. Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the Court confirms the prosecutor's continuing obligation under Brady vs. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the Defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings. Defendant preserves his right to a preliminary examination hearing to be held in the District of Columbia. The defendant waives his right to an identity hearing. The Court finds that defendant is the Michael Wolf named in the Criminal Complaint as well as in the Affidavit in Removal Proceedings. The Government's oral motion for pretrial detention is entered and continued to 03/06/2026 at 11:00 a.m. in courtroom 1743. Defendant, Michael Wolf is remanded into the custody of the United States Marshals Service and shall remain in custody until further order of the Court.

00:20

Date:03/04/2026

Keri L. Holleb Hotaling
United States Magistrate Judge

# 𝔘nited 𝔖tates 𝔇istrict 𝔠ourt

### FOR THE NOTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA      )
     )
     )
             VS.           )   NO. __26 CR 90__
     )
___Michael Wolf___      )
     )
_____      )

## ORDER APPOINTING COUNSEL

The above-named defendant has testified under oath or has filed with the court an Affidavit of Financial Status and thereby satisfied this court that he or she is financially unable to employ counsel.

Accordingly, the FEDERAL DEFENDER PROGRAM is hereby appointed to represent this defendant in the above designed case unless relieved by an order of this court or by order of the court of appeals.

ENTER:

Date: __3·4·2026__        _____

Rev. 05012019

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.

                                           Case No.: 1:26–cr–00090

                                           Honorable Keri L. Holleb Hotaling

Michael Wolf

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 6, 2026:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling as to Michael Wolf. Detention and removal hearing held on 3/6/2026. Defendant waives detention hearing without prejudice to requesting a hearing and pretrial release on conditions in the District of Columbia. The Government's oral motion that Defendant be detained and removed in custody is granted. Because the motion is unopposed, the Court makes no finding as to serious risk of flight or as to any other statutory factor that is relevant to the issue of release or detention. Order defendant removed to the United States District Court for the District of Columbia in custody of the United States Marshals. Status hearing is set on 3/24/2026 at 10:30 a.m. in courtroom 1700 to report on whether the removal has been completed and defendant has appeared before a court in the District of Columbia. The hearing will be cancelled upon the Government informing the Court of defendant's removal to the District of Columbia. Enter commitment to another district. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Michael Wolf | ) | Case No.   26CR90 |
| | ) | |
| | ) | Charging District's |
| *Defendant* | ) | Case No.   26-mj-00045 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the          USDC          District of   Columbia          ,

*(if applicable)* _____ division.  The defendant may need an interpreter for this language:

_____ .

The defendant:     ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:          03/09/2026          _____

*Judge's signature*

Keri L. Holleb Hotaling, U.S. Magistrate Judge

*Printed name and title*

Query     Reports     Utilities     Help     What's New     Log Out

# United States District Court
## Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.5) (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:26-cr-00090-1

| | |
|---|---|
| Case title: USA v. Wolf | Date Filed: 03/04/2026 |
| Other court case number: 1:26mj00045 USDC District of Columbia | Date Terminated: 03/09/2026 |

Assigned to: Honorable Keri L. Holleb Hotaling

**Defendant (1)**

| | | |
|---|---|---|
| **Michael Wolf**<br>*TERMINATED: 03/09/2026* | represented by | **Benjamin Horwitz**<br>Federal Defender Program for the Northern District of Illino<br>55 E. Monroe<br>Suite 2800<br>Chicago, IL 60603<br>312-621-8300<br>Email: ben_horwitz@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or*<br>*Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:3146.F | |

**Plaintiff**

**USA**

represented by **Luke Fiedler**
United States Attorney's Office
219 S Dearborn St
Chicago, IL 60604
312-353-5300
Email: luke.fiedler@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**AUSA - Chicago**
United States Attorney's Office (NDIL -
Chicago)
219 South Dearborn Street
Chicago, IL 60604
Fax: US Govt Attorney
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/04/2026 | 1 | RULE 5(c)(3) Affidavit in Removal Proceedings signed by Judge Honorable Keri L. Holleb Hotaling as to Michael Wolf (1). (nsf, ) (Entered: 03/05/2026) |
| 03/04/2026 | | ARREST of defendant Michael Wolf. (nsf, ) (Entered: 03/05/2026) |
| 03/04/2026 | | ORAL MOTION by USA for pretrial detention as to Michael Wolf. <br><br> (nsf, ) (Entered: 03/05/2026) |
| 03/04/2026 | 2 | ORDER as to Michael Wolf; Initial appearance proceedings held on 03/04/2026. Defendant appears in response to arrest on 03/04/2026. Attorney Benjamin Horwitz of the Federal Defender Program is appointed as counsel for defendant. Defendant informed of his rights. Defendant informed of the charges against him as well as of the possible sentence/fine if convicted of those charges. Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the Court confirms the prosecutor's continuing obligation under Brady vs. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the Defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings. Defendant preserves his right to a preliminary examination hearing to be held in the District of Columbia. The defendant waives his right to an identity hearing. The Court finds that defendant is the Michael Wolf named in the Criminal Complaint as well as in the Affidavit in Removal Proceedings. The Government's oral motion for pretrial detention is entered and continued to 03/06/2026 at 11:00 a.m. in courtroom 1743. Defendant, Michael Wolf is remanded into the custody of the United States Marshals Service and shall remain in custody until further order of the Court. Signed by the Honorable Keri L. Holleb Hotaling on 3/4/26. Mailed notice (nsf, ) (Entered: 03/05/2026) |
| 03/04/2026 | 3 | FINANCIAL Affidavit filed by Michael Wolf (SEALED). (nsf, ) (Entered: 03/05/2026) |

| 03/04/2026 | 4 | ORDER Appointing Counsel Benjamin Horwitz for Michael Wolf appointed. Signed by the Honorable Keri L. Holleb Hotaling on 3/4/26. Mailed notice (nsf, ) (Entered: 03/05/2026) |
|---|---|---|
| 03/04/2026 | 5 | ATTORNEY Appearance for defendant Michael Wolf by Benjamin Horwitz. (nsf, ) (Entered: 03/05/2026) |
| 03/05/2026 | 6 | PRETRIAL Bail Report as to Michael Wolf (SEALED) (tm, ) (Entered: 03/05/2026) |
| 03/06/2026 | 7 | MINUTE entry before the Honorable Keri L. Holleb Hotaling as to Michael Wolf. Detention and removal hearing held on 3/6/2026. Defendant waives detention hearing without prejudice to requesting a hearing and pretrial release on conditions in the District of Columbia. The Government's oral motion that Defendant be detained and removed in custody is granted. Because the motion is unopposed, the Court makes no finding as to serious risk of flight or as to any other statutory factor that is relevant to the issue of release or detention. Order defendant removed to the United States District Court for the District of Columbia in custody of the United States Marshals. Status hearing is set on 3/24/2026 at 10:30 a.m. in courtroom 1700 to report on whether the removal has been completed and defendant has appeared before a court in the District of Columbia. The hearing will be cancelled upon the Government informing the Court of defendant's removal to the District of Columbia. Enter commitment to another district. Mailed notice (sxw) (Entered: 03/06/2026) |
| 03/09/2026 | 8 | COMMITMENT TO ANOTHER DISTRICT as to Defendant Michael Wolf committed to District of Columbia. Signed by the Honorable Keri L. Holleb Hotaling on 3/9/26.Mailed notice (gcy, ) (Entered: 03/11/2026) |